THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>vs.<br><br>LEONARDO E. PALMER<br><br>    Respondent. | ) Case No. CV-08-7240-R (SSx)<br>)<br>) Order to Show Cause Why<br>) Respondent Should Not Be held<br>) in Civil Contempt<br>)<br>) Hearing before Judge Manuel<br>) Real:<br>)<br>) Date:    September 21, 2009<br>) Time:    10:00 a.m.<br>) Location:  United States<br>) Courthouse<br>       Courtroom No. 8<br>       312 Spring Street<br>       Los Angeles, CA 90012 |

      Based on the Application for an Order to Show Cause on Civil Contempt, Memorandum of Points and Authorities, and the supporting Declaration, the Court finds that Petitioner has established its *prima facie* showing that Respondent is in contempt

of court for failure to follow the Court's Order Enforcing Internal Revenue Service Summons. See U.S. v. Brown, 918 F.2d 82, 83-84 (9th Cir. 1990).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the date, time and address listed above in the caption to show cause why Respondent should not be held in civil contempt for failure to comply with the Court's order granting the Petition to Enforce Internal Revenue Service Summons, and incarcerated until Respondent has been purged of contempt and complies with the Court's order enforcing the subject IRS summons.

**IT IS FURTHER ORDERED** that copies of this Order and the Application for Order to Show Cause on Civil Contempt be served on Respondent by personal delivery or certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: August 13, 2009

_____
HON. MANUEL REAL
United States District Court Judge

Respectfully submitted,

THOMAS P. O'BRIEN, United States Attorney

2

1  SANDRA R. BROWN, Assistant United States Attorney
2  Chief, Tax Division
3
4  DANIEL LAYTON, Assistant United States Attorney
5  Attorneys for United States of America